IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENNETH DWIGHT JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE KATHY S. PALMER; PIZZA P. O'CONNOR; STATE OF GEORGIA,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-87 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Complaint brought pursuant to 42 U.S.C. § 1983 is **DISMISSED**, and Plaintiff is **DENIED** leave to proceed in forma pauperis on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 30th day of October, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA