# United States District Court
## Southern District of Georgia

KENNETH DWIGHT JACOBS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV615-087

JUDGE KATHY S. PALMER; PIZZA P. O'CONNOR; STATE OF GEORGIA,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 30, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the plaintiff's case is DISMISSED and this action stands CLOSED.

October 30, 2015
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk